AO 240  (Rev. 6/86)  Application to Proceed ⊕

3

# United States District Court

SOUTHERN ———————— DISTRICT OF ———— OF TEXAS

UNITED STATES OF AMERICA,
            Respondent,
        v.
DEMETRIO HERNANDEZ-PAULINO,
            Petitioner.

## APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER:  B-02-023
            CR.00272-001

United States District Court
Southern District of Texas
FILED

MAR 1 2 2002

Michael N. Milby
Clerk of Court

I, DEMETRIO HERNANDEZ-PAULINO ————, declare that I am the *(check appropriate box)*

☐ petitioner/plaintiff                XX movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant            ☐ ————————————————————
                                              *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                          Yes ☐    No XX
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

IN MY HOME TOWN BEFORE I GOT ARRESTED FOR RE-ENTRY

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment    Yes ☐    No XX
    b. Rent payments, interest or dividends?                      Yes ☐    No XX
    c. Pensions, annuities or life insurance payments?           Yes ☐    No XX
    d. Gifts or inheritances?                                     Yes ☐    No XX
    e. Any other sources?                                         Yes XX   No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

FROM MY FAMILY, TO MEET MY DAYLY HYGIENE COSMETIC FOR THE INSTITUTION STORE.

MAIL

United States District Cour
Southern District of Texas
RECEIVED File

MAR 1 2 2002

11:47 AM AM
Michael N. Milby, Clerk

3. Do you own any cash, or do you have money in checking or savings accounts?

Yes ☐    No ☒    (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ☐    No ☒

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    MARCH 5, 2002          Demetrio Hernandez
                  (Date)                     Signature of Applicant

---

## CERTIFICATE
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ _____
on account to his credit at the _____
institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____
_____
_____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

---

## ORDER OF COURT

The application is hereby denied

_____  _____
*United States Judge*      *Date*

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____  _____
*United States Judge*      *Date*
*or Magistrate*