IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 8 2002

Michael N. Milby
Clerk of Court

DEMETRIO HERNANDEZ-PAULINO,
    Plaintiff-Petitioner,

v.

UNITED STATES OF AMERICA,
    Defendant-Respondent.

Civil Action No. B-02-023

Criminal Action No. B-00-272-01

### Motion Requestinf Documents And Extention Of Time

Comes Now Plaintiff pro se, and respectfully moves this Honorable District court to, extend the time in which to file a respose opposing the Magistrate recommendation, in which he request that petitioner motion be dismiss. In additional in order for petitioner be able to prove his claim he need the transcript of the plead and sentence hearings. Therefore in insteres of Justice, and fairness petitioner pray that this court grant him the afforementioned documents and 30 day after he receive the requested documents.

Respectfully submitted

Demetrio Hernandez  Pro se.

March 8, 2002.

### Certificate Of Service

A Copy of this motion has been sent to the following party. via U.S. Postal Service. on March 8, 2002. I declared it with the Knowledge of perjury.

U.S. Magistrate Judge. **John Wm. Black.** Post Office Box 61010 Huston, Texas.

Assistant U.S. Attorney, Adela Kowalski. 600 E. Harrison St., # 201 Brownsville, Texas 78520-7155.