IN THE UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA,
    Defendant-Respondent,

v.                                    Civil Action No. B-02-23
                                      Criminal No. B-00272-01

DEMETRIO HERNANDEZ-PAULINO,
    Plaintiff-Petitioner.

**Notice Of Appeals**

COMES NOW, petitioner and respectfully is notifying this Honorable court of his intent to appeals to the United States Court of Appeals with jurisdiction, in this matter, from this court adverse order rendered on March 13, 2002, against petitioner's motion to correct conviction pursuant to the provision of the title 28 U.S.C.§ 2255. Therefore, with this notice, petitioner is requesting this court to forward the records relevant to this matter to the Court of Appeals. Thank

                                            Respectfully submitted.

                                            DEMETRIO HERNANDEZ-PAULINO  PRO SE
                                            REG. NO. 05534-265
                                            FCI ALLENWOOD MED. UNIT 2B
                                            POST OFFICE BOX 2000
                                            WHITE DEER, PA 17887-2000

APRIL 3, 2002.