IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-40589
USDC No. B-02-CV-23
B-00-CR-272-1

U.S. COURT OF APPEALS
F I L E D
SEP 04 2002
CHARLES R. FULBRUGE III
CLERK

UNITED STATES OF AMERICA,

             Plaintiff-Appellee,

United States District Court
Southern District of Texas
FILED
SEP 0 9 2002
Michael N. Milby
Clerk of Court

versus

DEMETRIO HERNANDEZ-PAULINO,

             Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Texas

---

O R D E R:

  Demetrio Hernandez-Paulino, federal prisoner # 05534-265, has filed a motion seeking a certificate of appealability (COA) to appeal the district court's denial of his 28 U.S.C. § 2255 motion. He argues that his attorney was ineffective for failing to file an appeal following Hernandez's sentence and for not adequately arguing to the sentencing court that Hernandez returned to United States after having been deported only to take care of his mother.

O R D E R
No. 02-40589
- 2 -

To obtain a COA, Hernandez must make a substantial showing of the denial of a constitutional right, which requires him to demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims or its procedural rulings debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000). As correctly noted by the magistrate judge, Hernandez's 28 U.S.C. § 2255 motion was filed more than a year after his conviction became final, and his motion was thus time-barred under 28 U.S.C. § 2255's one-year limitations period. Hernandez has not made the requisite showing for a COA, and his motion before this court is DENIED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDITH BROWN CLEMENT
　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
　　　　　　Deputy
New Orleans, Louisiana   9/5/02

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

September 5, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

   No. 02-40589 USA v. Hernandez-Paulino
      USDC No. B-02-CV-23
             B-00-CR-272-1

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( X ) 2 Volumes/ 1 Supp Volume    ( X ) 1 SEALED Envelope - PSI

                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                              By: _____
                                  Tabitha Casimier Tobias, Deputy Clerk
                                  504-310-7680

cc: w/encl:
    Mr Demetrio Hernandez-Paulino
    Mr James Lee Turner

MDT-1